UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

REESEIE E. NASH

                             Plaintiff(s),

                                                                    ***MEDIATION CERTIFICATION***

                                                                                               16 - cv - 0594

                              v.

SALVATORE VALVO, et al.,

                             Defendant(s).
_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on   5/25/18  .

    ☐ ***Case has settled.*** (Comment if necessary).

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on _____.

    ☑ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ☐ ***Case has not settled.*** Mediation will continue on _____.

    ☐ ***Case has not settled.*** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** 09/03/2019                         **Mediator:** /S/ Michael Menard

**Additional Comments:**
Settled as to defendants Harris, Priester, Valvo, Danzi and Howard only. (County defendant

Print      Clear Form