UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

REESEIE E. NASH,

    Plaintiff,

vs.

SALVATOR VALVO, et al.,

    Defendants.

STIPULATION OF SETTLEMENT
AND ORDER OF DISMISSAL

Civil Action No.: 16-cv-00594

---

WHEREAS, Plaintiff, REESEIE E. NASH ("Plaintiff"), filed an Amended Complaint in United States District Court, Western District of New York, on March 16, 2017 (Dkt. No. 6), alleging that the Defendants, G. BLOSAT, P. MORROW, R. MERCURIO, C. HALLIGAN, M. COPPOLLA, T. SERCU, M. HANLEY, A. FRANKEL, and B. ADAMS (hereinafter "City Defendants") had violated his constitutional civil rights in connection with an incident occurring on March 22, 2016, and

WHEREAS, the parties are interested in resolving all of the issues alleged against the City Defendants in the Amended Complaint in this action and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action are an infant or incompetent person; and

WHEREAS, the Plaintiff and City Defendants in the above-captioned matter are desirous of discontinuing the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the above-captioned

parties, including Plaintiff and City Defendants and/or their respective counsel as follows:

1. The parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice as to all claims and cross-claims against the City Defendants pursuant to Rule 41(a) of the Federal Rule of Civil Procedure, subject to a motion to reopen the same, should the approval specified in paragraph #6 below not occur.

2. Any and all of the claims for damages by Plaintiff against the City Defendants which are the subject of this action or otherwise arise out of any of the incidents alleged in the Amended Complaint are hereby settled for a sum of United States Dollars in full satisfaction of all claims for damages, including all injuries, fees, expenses, losses, or costs, disbursements, and legal/attorney's fees.

3. The payment recited in paragraph #2 hereinabove shall be drawn as follows: a check to the order of the Plaintiff, REESEIE E. NASH, 126 A Jasper Parrish Drive, Buffalo, New York 14207.

4. In consideration of the payment recited in paragraph #2 hereinabove, the Plaintiff agrees to execute the release of the City Defendants.

5. The City Defendants deny any liability or wrongdoing of any kind associated with the claims alleged in the Amended Complaint of Plaintiff and nothing in this So-Ordered Stipulation of Settlement shall be construed as an acknowledgment, admission, concession, or evidence of liability whatsoever by the City Defendants, G. BLOSAT, P. MORROW, R. MERCURIO, C. HALLIGAN, M. COPPOLLA, T. SERCU, M. HANLEY, A. FRANKEL, and B. ADAMS, or any officer, agent, or employee thereof,

regarding any of the allegations made by the Plaintiff in his Amended Complaint herein or that the Plaintiff's rights under any federal, state, or local law, including but not limited to, the Federal or New York State Constitutions or Statutes, had been violated.

6. Payment recited in paragraph #2 hereinabove is subject to and conditioned upon the approval of the Common Council of the City of Buffalo.

7. This Stipulation of Settlement and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose, except in an action or proceeding to enforce this Stipulation of Settlement.

8. Subject to the approval recited in paragraph #6 hereinabove, the payment recited in paragraph #2 will be made within ninety (90) days after the approval and entry of this So-Ordered Stipulation of Settlement and Order of Dismissal by the Court.

9. It is further hereby stipulated and agreed, by and between the undersigned attorneys of record and REESEIE E. NASH, Pro Se Plaintiff, that all of Plaintiff's claims and causes of action and the cross-claims of Co-Defendants, CHIEF HARRIS, TIMOTHY HOWARD, CAPTAIN PRIESTER, SALVATORE VALVO and C. DANZI, are dismissed with prejudice on the merits and without costs to either party as against the other.

10. This Stipulation of Settlement embodies the entire agreement of the parties in this matter.

_____
MAEVE E. HUGGINS, ESQ.
*Attorney for Defendants*
1100 City Hall, 65 Niagara Square
Buffalo, New York 14202
716-851-4317
Email: mhuggins@city-buffalo.com
Dated: October 22, 2019

_____
THOMAS J. NAVARRO, JR., ESQ.
*Attorney for Erie County Defendants*
95 Franklin Street, Room 1634
Buffalo, New York 14202
716-858-2243
Email: Thomas.navarro@erie.gov
Dated: _____, 2019

X_____
REESEIE E. NASH
*Pro Se Plaintiff*
126 A Jasper Parrish Drive
Buffalo, New York 14207
716-559-4503
Dated: October 4th, 2019


ALL OF THE ABOVE IS SO ORDERED.


_____
HONORABLE RICHARD J. ARCARA
United States District Court Judge

Dated: